## Commonwealth *v.* Jackson, Appellant.

Argued June 12, 1975. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Eugene A. Spector,* with him *Schnader, Harrison, Segal & Lewis,* for appellant.

*Guy R. Sciolla, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, submitted a brief for Commonwealth, appellee.

OPINION BY WATKINS, P. J., October 28, 1975:

Judgment of sentence affirmed. See *Commonwealth v. Hicks*, 228 Pa. Superior Ct. 76, 324 A. 2d 397 (1974).

---

DISSENTING OPINION BY HOFFMAN, J.:

I dissent for the same reasons set forth in my dissenting opinion in *Commonwealth v. Hicks*, 228 Pa. Superior Ct. 76, 324 A.2d 397 (1974).

SPAETH, J., joins in this dissenting opinion.